# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| STACY CLYDE PALMER, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-39 |
| | * | |
| v. | * | |
| | * | |
| DAMON T. HININGER; HOMER BRYSON; HILTON HALL; ANDRE FORD; PATRICK CUMMISKEY; JORGE DOMINICIS; CARL KELDIE; JOHN HULETT; M. MCCLEOD; and JULIA HESTER, | * * * * * * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 15), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendants Hininger, Bryson, Hall, Cummiskey, Dominicis, and Keldie **without prejudice**. The Court also **DISMISSES** Plaintiff's claims against Defendant Ford in their entirety and Plaintiff's violation of policy claims against Defendants Hester, McCleod,

AO 72A
(Rev. 8/82)

and Hulett. Plaintiff's deliberate indifference claims against Defendants Hester, McCleod, and Hulett shall remain pending.

SO ORDERED, this 14 day of December, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA