# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| STACY CLYDE PALMER, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-39 |
| | * | |
| v. | * | |
| | * | |
| JOHN HULETT; M. MCCLEOD; and JULIA HESTER, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 50, to which no Objections were filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Defendants' Motion for Summary Judgment and **DENIES** Plaintiff's Motion for Summary Judgment.

**SO ORDERED**, this 6 day of March, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA